Donald J. Verfurth  (OSB #: 066480)
dverfurth@gordonrees.com
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Facsimile:  (206) 689-2822
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

WEST HILLS DEVELOPMENT COMPANY dba
ARBOR CUSTOM HOMES, an Oregon corporation;
ARBOR ROSES, LLC, an Oregon limited liability
company,

                             Plaintiffs,

     v.

MARYLAND CASUALTY COMPANY, a
Maryland company; NORTHERN INSURANCE
COMPANY OF NEW YORK, a New York
company; LEXINGTON INSURANCE COMPANY,
a Massachusetts company; FIRST MERCURY
INSURANCE COMPANY, an Illinois company;
CLARENDON NATIONAL INSURANCE
COMPANY, a New York company; AMERICAN
HALLMARK INSURANCE COMPANY, a Texas
company; NATIONAL FIRE & MARINE
INSURANCE COMPANY, a Nebraska company;
AMERICAN FAMILY INSURANCE COMPANY,
a Wisconsin company; CONTINENTAL WESTERN
INSURANCE COMPANY, an Iowa company;
OREGON AUTOMOBILE INSURANCE
COMPANY, a Massachusetts company; TRUCK
INSURANCE EXCHANGE, a California company;
WEST AMERICAN INSURANCE COMPANY, a
Massachusetts company; CANAL INSURANCE
COMPANY; a South Carolina company,

                             Defendants.

NO.  3:17-cv-01088-BR

[PROPOSED] ORDER GRANTING
DEFENDANT LEXINGTON
INSURANCE COMPANY'S
MOTION TO WITHDRAW
NOTICE OF REMOVAL AND
REMAND (28 USC § 1447(C))

Page 1 of 3 – [PROPOSED] ORDER GRANTING
DEFENDANT LEXINGTON INSURANCE
COMPANY'S MOTION TO WITHDRAW
NOTICE OF REMOVAL AND REMAND, NO.
3:17-cv-01088-BR - Page 1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Plaintiffs initially brought this claim in state court. The defendant Lexington Insurance Company filed a Notice of Removal on the grounds of diversity jurisdiction, but then based on new information regarding the state of domicile for one of the defendants, sought to withdraw its Notice of Removal and Remand this action back to state court.

IT IS HEREBY ORDERED that Lexington Insurance Company's Motion to Withdraw Notice of Removal and Remand is granted. This action is remanded to the Washington County Circuit Court.

DATED this 21st day of July, 2017.

_____
The Honorable Anna J. Brown

Presented by:

Gordon & Rees LLP


By /s/ Donald J. Verfurth
_____
Donald J. Verfurth, OSB No. 066480
Attorneys for Defendant Lexington Insurance Company


Page 2 of 3 – [PROPOSED] ORDER GRANTING
DEFENDANT LEXINGTON INSURANCE
COMPANY'S MOTION TO WITHDRAW
NOTICE OF REMOVAL AND REMAND, NO.
3:17-cv-01088-BR - Page 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822