# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK

Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR  97204

**MARY L. MORAN**
Clerk of Court

**SUSAN MILLER**
Chief Deputy Clerk

July 24, 2017

Oregon Circuit Court, County of Washington
145 NE 2nd Ave
Hillsboro, OR  97124

**Subject:**  Remand of Case:  West Hills Development Company et al v. Maryland Casualty Company et al
USDC Case No:     3:17−cv−01088−BR
County Case No:     17CV19166

Dear Clerk:

Pursuant to the Order (certified copy attached) remanding the above−referenced case to your court, enclosed is a certified copy of the District Court's Docket Sheet.  Please acknowledge receipt on the enclosed copy of this letter and return it to our offce.

Thank you for your cooperation.

**MARY L. MORAN**
**Clerk of Court**

by:  /s/Sutawnee Sellers

Sutawnee Sellers, Deputy Clerk

Attachments:  Certified Copy of Order
Certified Copy of District Court's Docket Sheet

cc:  Counsel of Record
File